# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN E. WILLIAMS, III, | Case No. 2:14-cv-0571-APG-VCF |
| Plaintiff, | |
| v. | ORDER TRANSFERRING VENUE |
| NATIONAL FOOTBALL LEAGUE, et al., | |
| Defendants. | |

For the reasons stated on the record during the July 11, 2014 hearing on the pending motions (Dkt. ##9, 10, 14), I transfer this action to the United States District Court for the Western District of Washington, pursuant to 28 U.S.C. §§ 1404(a) and 1406(a). The Clerk of Court is directed to transfer this case accordingly.

Dated: July 11, 2014.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE