# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JOHN E. WILLIAMS III,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL FOOTBALL LEAGUE et al.,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C14-1089 MJP |

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

 THE COURT HAS ORDERED THAT the case is dismissed with prejudice for failure to state a claim.

 Dated October 31, 2014.

               William M. McCool
               Clerk of Court

               s/Mary Duett
               Deputy Clerk